**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                    :        Chapter   7
                                         :
Bart Levy                                
                                         :
            Debtor                       :        Bankruptcy No. 22-11053MDC

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated April 26, 2022 and May 10, 2022, this case is hereby DISMISSED.

June 8, 2022

*Magdeline D. Coleman*
Magdeline D Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

    Attorney Disclosure Statement
    Schedules A/B-J
    Statement of Financial Affairs
    Summary Assets & Liabilities B106
    Ch 7 Income Form 122A-1
    Means Test Calculation 122A-2, if applicable

bfmisdoc